```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 46890
   ANGELA COTTON
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-3235

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 10/10/2005 and was confirmed 12/07/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  10.77% from remaining funds.

    The case was paid in full 11/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
--------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED         1070.81          .00         115.36
COUNTRYWIDE HOME LOANS     CURRENT MORTG         .00          .00            .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE     1694.03          .00        1694.03
NEIMAN MARCUS              UNSECURED         1100.90          .00         118.60
HARRIS NA                  CURRENT MORTG         .00          .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED          155.52          .00          16.75
AMERICAN EXPRESS           UNSECURED        NOT FILED         .00            .00
AMERICAN EXPRESS CENTURI   UNSECURED         5302.35          .00         571.22
SMC                        UNSECURED         3317.58          .00         357.40
LVNV FUNDING LLC           UNSECURED        10431.76          .00        1123.81
RESURGENT CAPITAL SERVIC   UNSECURED         3340.98          .00         359.92
CITIFINANCIAL              UNSECURED        NOT FILED         .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED         8108.10          .00         873.49
EXPRESS                    UNSECURED        NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED         1723.17          .00         185.64
HOME DEPOT                 UNSECURED        NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED         2516.35          .00         271.09
LIMITED                    UNSECURED        NOT FILED         .00            .00
ECAST SETTLEMENT CORP      UNSECURED        30932.59          .00        3332.37
MARSHALL FIELDS            UNSECURED        NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         5484.30          .00         590.82
GOLD MASTERCARD            UNSECURED        NOT FILED         .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED         1201.37          .00         129.42
ROUNDUP FUNDING LLC        UNSECURED          443.27          .00          47.75
WICKES FURNITURE           UNSECURED        NOT FILED         .00            .00
LEGAL HELPERS PC           DEBTOR ATTY      1,350.00                     1,350.00
TOM VAUGHN                 TRUSTEE                                         742.33
DEBTOR REFUND              REFUND                                             .00

    Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 05 B 46890 ANGELA COTTON
```

```
--------------------------------------------------------------------------------
TRUSTEE                                        11,880.00

PRIORITY                                                               .00
SECURED                                                           1,694.03
UNSECURED                                                         8,093.64
ADMINISTRATIVE                                                    1,350.00
TRUSTEE COMPENSATION                                                742.33
DEBTOR REFUND                                                          .00
                                           ---------------   ---------------
TOTALS                                         11,880.00         11,880.00
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
     Dated: 02/26/09                _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
          CASE NO. 05 B 46890 ANGELA COTTON